PHILLIP A. TALBERT
United States Attorney
KERRY BLACKBURN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Apr 17, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS LOUIS VASQUEZ, <br>    aka "MAX," and <br> Defendant 2, <br><br> Defendants. | CASE NO.  2:23-CR-0095 JAM <br><br> ORDER GRANTING PARTIAL UNSEALING OF INDICTMENT |

Based upon the represnetations in the government's motion, the Court orders that the Indictment in this case be partially unsealed to reveal all but Defendant 2's name.  The redacted version of the Indictment shall be provided to defense counsel for Jesus Louis Vasquez, Jennifer Mouzis, Esq. and shall be the copy of the Indictment publicly available on ECF until such time that the Court is advised that Defendant 2 has been arrested on the warrant issued under this Indictment.

**IT IS SO ORDERED.**

Dated:  April 17, 2023

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER                                                                 1