CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOEL GUADALUPE GIL-SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JESUS LOUIS VASQUEZ and JOEL GUADALUPE GIL-SANDOVAL,<br><br>　　　　Defendants. | Case No.: 2:23-cr-00095-JAM<br><br>**STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME**<br><br>DATE:　April 23, 2024<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. John A. Mendez |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kerry Blackburn, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Joel Guadalupe Gil-Sandoval, and attorney Jennifer Mouzis, counsel for Jesus Louis Vasquez, that the status conference in this matter, currently scheduled for April 23, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on August 6, 2024, at 9:00 a.m. for further status conference.  Defense counsel require time to review discovery, meet with their respective clients, and conduct investigation as necessary, in order to prepare for trial.

　　　　IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), from April 16, 2024, the date of the parties' stipulation, through August 6, 2024, and

04/16/24

that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: April 16, 2024  /S/   Kerry Blackburn
PHILLIP TALBERT
by KERRY BLACKBURN
Attorney for Plaintiff

DATED: April 16, 2024  /S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Joel Guadalupe Gil-Sandoval

DATED: April 16, 2024  /S/   Jennifer Mouzis
JENNIFER MOUZIS
Attorney for Jesus Louis Vasquez

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for April 23, 2024, at 9:00 a.m., be **VACATED** and the matter **CONTINUED August 06, 2024, at 9:00 a.m.** The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, April 16, 2024, through August 06, 2024, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: April 16, 2024  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

04/16/24