**JENNIFER MOUZIS**
**Mouzis Criminal Defense**
State Bar No. 200280
1819 K Street, Suite 200
Sacramento, California 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
JESUS VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:23-cr-00095-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE FURTHER STATUS** |
| **v.** ) | **CONFERENCE** |
| ) | |
| ) | |
| **JESUS LOUIS VASQUEZ,** ) | |
| **JOEL GUADALUPE GIL-SANDOVAL,** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Kerry Blackburn, Joel Gil-Sandoval, by and through his counsel, Clemente Jimenez, and defendant, Jesus Vasquez, by and through his counsel, Jennifer Mouzis, hereby stipulate as follows:

1) By previous order, this matter was set for further status on August 20, 2024.

2) By this stipulation, defendant now moves to continue the **further status conference** until **October 22, 2024, at 09:00 a.m.**, and to exclude time between August 06, 2024 and October 22, 2024, under Local Code T4.

3) The parties agree and stipulate, and request that the Court find the following:

1

a) The discovery associated with this case includes over one hundred pages of reports, photos, and search warrant documents, as well as cellular phone downloads. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire further time to review the discovery with their clients, research and investigate possible defenses, discuss any potential resolution with her client, research mitigating evidence, and present it to the prosecution.

c) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 6, 2024 to October 22, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

Stipulation and Order to Continue Status Conference

IT IS SO STIPULATED.

Dated: August 2, 2024                    PHILLIP A. TALBERT
                                         United States Attorney

                                By:      /s/ Kerry Blackburn
                                         KERRY BLACKBURN
                                         Assistant United States Attorney

Dated: August 2, 2024                    /s/ Clemente Jimenez
                                         CLEMENTE JIMENEZ
                                         Attorney for Defendant
                                         JOEL GIL-SANDOVAL

Dated: August 2, 2024                    /s/ Jennifer Mouzis
                                         JENNIFER MOUZIS
                                         Attorney for Defendant
                                         JESUS VASQUEZ

## ORDER

IT IS SO ORDERED.

Dated: August 05, 2024                   /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         SENIOR UNITED STATES DISTRICT JUDGE