CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOEL GUADALUPE GIL-SANDOVAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00095-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME** |
| vs. | |
| JESUS LOUIS VASQUEZ and JOEL GUADALUPE GIL-SANDOVAL, | DATE:   October 22, 2024<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Kerry Blackburn, Counsel for Plaintiff, attorney Clemente M. Jiménez, Counsel for Defendant Joel Guadalupe Gil-Sandoval, and attorney Jennifer Mouzis, counsel for Jesus Louis Vasquez, that the status conference in this matter, currently scheduled for October 22, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on January 28, 2025, at 9:00 a.m. for further status conference. Counsel for Mr. Vasquez is in trial and unavailable for the currently-scheduled status conference. Furthermore, defense counsel require additional time to review discovery, meet with their respective clients, and conduct investigation as necessary, in order to prepare for trial.

IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-

10/16/24

1 | 4), from October 14, 2024, the date of the parties' stipulation, through January 28, 2025,
2 | and that the ends of justice served in granting the continuance and allowing the defendant
3 | further time to prepare outweigh the best interests of the public and the defendant to a
4 | speedy trial.

DATED: October 14, 2024        /S/    Kerry Blackburn
                               PHILLIP TALBERT
                               by KERRY BLACKBURN
                               Attorney for Plaintiff

DATED: October 14, 2024        /S/    Clemente M. Jiménez
                               CLEMENTE M. JIMÉNEZ
                               Attorney for Joel Guadalupe Gil-Sandoval

DATED: October 14, 2024        /S/    Jennifer Mouzis
                               JENNIFER MOUZIS
                               Attorney for Jesus Louis Vasquez

10/16/24

**ORDER**

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for October 22, 2024, at 9:00 a.m., be **VACATED** and **RESET** for **January 28, 2025, at 9:00 a.m.** The Court finds that time under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, October 14, 2024, through January 28, 2025, to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

Dated: October 16, 2024    /s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

10/16/24