MICHELE BECKWITH
Acting United States Attorney
CAILY NELSON
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>                             v.<br><br>JESUS LOUIS VASQUEZ,<br><br>                             Defendant. | CASE NO.  2:23-cr-00095-JAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE FURTHER STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT**<br><br>DATE: January 21, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Special Assistant United States Attorney Caily Nelson, and defendant, by and through defendant's counsel of record, Mark J. Reichel, hereby stipulate as follows:

1.      By stipulation, the government and Jesus Vasquez, through counsel, Jennifer Mouzis, moved to continue the status conference until January 23, 2025, with an exclusion of time, under Local Code T4.

2.      By previous order, this matter was advanced for status on January 21, 2025.

3.      By previous order, Mark J. Reichel was appointed as counsel for Jesus Vasquez in place of Jennifer Mouzis on December 20, 2024.

4.      By this stipulation, defendant now moves to continue the status conference until April 8, 2025, at 9:00 a.m. and to exclude time between January 21, 2025, and April 8, 2025, under Local Code

T4.

5.     The parties agree and stipulate, and request that the Court find the following:

a)     The discovery associated with this case includes over one hundred pages of reports, photos, and search warrant documents, as well as cellular phone downloads.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendant desires additional time to review the discovery with his client, research and investigate possible defenses, discuss any potential resolution with his client, research mitigating evidence, and present it to the prosecution. Mr. Reichel was recently appointed to this matter on December 20, 2024.

c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 21, 2025 to April 8, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

/ / /

/ / /

Dated:  January 14, 2025                    MICHELE BECKWITH
                                            Acting United States Attorney


                                            /s/ CAILY NELSON
                                            CAILY NELSON
                                            Special Assistant United States
                                            Attorney


Dated:  January 14, 2025                    /s/ MARK J. REICHEL
                                            MARK J. REICHEL
                                            Counsel for Defendant
                                            Jesus Louis Vasquez

1

**FINDINGS AND ORDER**

2      The Court, having received, read, and considered the parties' stipulation, and good cause

3 appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court **VACATES** the

4 January 21, 2025, **further status conference** and **RESETS** the matter for **April 08, 2025, at 9:00 a.m**.

5 The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to

6 exclude the time between January 21, 2025, and April 8, 2025, would deny counsel reasonable time

7 necessary for effective preparation, taking into account the exercise of due diligence.  The Court further

8 finds that the ends of justice served by the continuance outweigh the best interests of the public and the

9 defendant in a speedy trial.  Time from January 21, 2025, to and including April 8, 2025, is excluded

10 from the computation of time within which the trial of this case must commence under the Speedy Trial

11 Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.  With this stipulation, 0 of

12 70 days have been used against the computation of time within which a trial must commence.

13      IT IS SO ORDERED.

14

15   Dated: January 15, 2025                    /s/ John A. Mendez
                                      _____
16                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER                                  4