MICHELE BECKWITH
Assistant United States Attorney
CAILY NELSON
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00095-JAM-1 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE FURTHER STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| JESUS LOUIS VASQUEZ, | DATE: April 8, 2025
TIME: 9:00 a.m.
COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Special Assistant United States Attorney Caily Nelson, and defendant, by and through defendant's counsel of record, Mark J. Reichel, hereby stipulate as follows:

1. By stipulation, the government and Jesus Vasquez, through formerly appointed counsel, Jennifer Mouzis, moved to continue the status conference until January 23, 2025, with an exclusion of time, under Local Code T4.

2. By previous order, this matter was advanced for status on January 21, 2025.

3. By previous order, Mark J. Reichel was appointed as counsel for Jesus Vasquez in place of Jennifer Mouzis on December 20, 2024.

4. By stipulation, the government and Jesus Vasquez, through counsel Mark, J Reichel, moved to continue the status conference from January 21, 2025, until April 8, 2025, with an exclusion of

time, under Local Code T4.

5. By stipulation, defendant now moves to continue the status conference until June 17, 2025, at 9:00 a.m., and to exclude time between April 8, 2025, and June 17, 2025, under Local Code T4.

6. The parties agree and stipulate, and request that the Court find the following:

a) The discovery associated with this case includes over one hundred pages of reports, photos, and search warrant documents, as well as cellular phone downloads. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the discovery with his client, research and investigate possible defenses, discuss any potential resolution with his client, research mitigating evidence, and present it to the prosecution. Mr. Reichel was recently appointed to this matter on December 20, 2024.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 8, 2025 to June 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

7.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  April 1, 2025

MCIHELE BECKWITH
Acting United States Attorney

/s/ CAILY NELSON
CAILY NELSON
Special Assistant United States Attorney

Dated:  April 1, 2025

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant
Jesus Louis Vasquez

STIPULATION AND ORDER                       3

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court **VACATES** the April 08, 2025 **further status conference** and **RESETS** the matter for **June 17, 2025, at 9:00 a.m.** The Court also specifically finds that based on the facts set forth in the parties' stipulation, the failure to exclude the time between April 8, 2025, and June 17, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from April 8, 2025, to and including June 17, 2025, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4. With this stipulation, 0 of 70 days have been used against the computation of time within which a trial must commence.

IT IS SO ORDERED.

Dated: April 01, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE