**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
JESUS LOUIS VASQUEZ

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESUS LOUIS VASQUEZ, <br><br> Defendant | ) Case No. 2:23-cr-00095-JAM <br> ) <br> ) **FIRST STIPULATION AND ORDER TO** <br> ) **CONTINUE SENTENCING HEARING** <br> ) **AND MODIFY PRESENTENCE** <br> ) **SCHEDULE** <br> ) <br> ) DATE: JULY 14, 2026 <br> ) TIME: 9:30 AM <br> ) COURT: HON. JOHN A. MENDEZ <br> ) <br> ) <br> ) <br> ) |

## STIPULATION

The parties have agreed to continue the date for sentencing July 14, 2026.

Due to schedule conflicts, additional time was needed to meet with Probation to complete the presentence interview.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

Judgment and Sentencing Date:                                    July 14, 2026

Reply, or Statement of Non-Opposition:                           **July 07, 2026**

Formal Objections to the Presentence Report shall    **June 30, 2026**
be filed with the Court and served on the
Probation Officer and opposing counsel no later
than:

The final Presentence Report shall be filed with     **June 23, 2026**
the Court no later than:

Counsel's informal written objections to the         **June 16, 2026**
Presentence Report shall be delivered to the
Probation Officer and opposing counsel no later
than:

The draft Presentence Report shall be disclosed to   **June 09, 2026**
the parties on:

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: April 13, 2026                    Eric Grant
                                         United States Attorney


                                         */s/CAILY NELSON*
                                         CAILY NELSON
                                         Assistant United States Attorney

Dated: April 13, 2026                    REICHELLAW PC


                                         */s/ MARK REICHEL*
                                         MARK REICHEL
                                         Counsel for Defendant
                                         Jesus Louis Vasquez

## ORDER

Based on the stipulation of the parties, the sentencing hearing currently set for June 02, 2026, is **CONTINUED** to **July 14, 2026, at 9:00 a.m.**

The Court **APPROVES** the schedule set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: April 21, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE