**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA  95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
JESUS LOUIS VASQUEZ

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> JESUS LOUIS VASQUEZ, ) <br> Defendant ) | Case No. 2:23-cr-00095-JAM-1 <br><br> **SECOND STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** <br><br> DATE: AUGUST 25, 2026 <br> TIME: 9:00 AM <br> COURT: HON. JOHN A. MENDEZ |

## STIPULATION

The parties have agreed to continue the date for sentencing August 25, 2026.

Defense counsel's unavailability and schedule conflicts require this change in schedule.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

*Stipulation & Order to Continue Sentencing*
*1*

Judgment and Sentencing Date:                          **August 25, 2026, at 09:00 a.m.**

Reply, or Statement of Non-Opposition:                          **August 18, 2026**

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:                          **August 11, 2026**

The final Presentence Report shall be filed with the Court no later than:                          **August 04, 2026**

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:                          **July 28, 2026**

The draft Presentence Report was disclosed to the parties on:                          June 3, 2026

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: June 26, 2026                          Eric Grant
                          United States Attorney

                          */s/CAILY NELSON*
                          CAILY NELSON
                          Assistant United States Attorney

                          */s/DAVID SPENCER*
                          DAVID SPENCER
                          Assistant United States Attorney

*Stipulation & Order to Continue Sentencing*
*2*

Dated: June 26, 2026                    REICHELLAW PC


                                        */s/ MARK REICHEL*
                                        MARK REICHEL
                                        Counsel for Defendant
                                        Jesus Louis Vasquez


## ORDER

Based on the second stipulation of the parties, the July 14, 2026 sentencing hearing is **CONTINUED** to **August 25, 2026, at 9:00 a.m.**

The Court **APPROVES** the schedule set forth in the parties' stipulation.

**IT IS SO ORDERED**.


Dated: July 01, 2026          _____
                              JOHN A. MENDEZ,
                              SENIOR UNITED STATES DISTRICT JUDGE