REICHEL LAW PC
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
JESUS LOUIS VASQUEZ

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>JESUS LOUIS VASQUEZ,<br>Defendant | Case No. 2:23-cr-00095-JAM-1<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY REMAINING PRESENTENCE SCHEDULE**<br><br>DATE: NOVEMBER 17, 2026<br>TIME: 9:00 AM<br>COURT: HON. JOHN A. MENDEZ |

**STIPULATION**

The parties have agreed to continue the date for sentencing November 17, 2026.

Defense counsel and the government are in discussions about certain enhancements, safety valve, zero-point offender, as set forth in the probation report. Both parties were trying to resolve the matter without the possible need for judicial intervention at sentencing. They could not accomplish that prior to the current deadlines. Defense counsel has conferred and confirmed with the government and U.S. Probation Office on new date for sentencing.

Based thereon, the parties hereby stipulate to a continuance of the Judgement and Sentencing date and scheduling dates as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | November 17, 2026 |
| Reply, or Statement of Non-Opposition: | **November 10, 2026** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **November 03, 2026** |
| The final Presentence Report shall be filed with the Court no later than: | Completed |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **October 20, 2026** |
| The draft Presentence Report was disclosed to the parties on: | Completed |

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: August 13, 2026

Eric Grant
United States Attorney

/s/CAILY NELSON
CAILY NELSON
Assistant United States Attorney

/s/DAVID SPENCER
DAVID SPENCER
Assistant United States Attorney

Dated: August 13, 2026

REICHELLAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Jesus Louis Vasquez

**ORDER**

Based on the second stipulation of the parties, the August 25, 2026 sentencing hearing is **CONTINUED** to November 17, 2026, at 9:00 a.m. The Court **APPROVES** the remaining schedule set forth in the parties' stipulation.

If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 PM, seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 PM, five (5) calendar days in advance of the date set for judgment and sentencing.

**IT IS SO ORDERED**.

Dated: August 12, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE