ERIC GRANT
United States Attorney
CAILY NELSON
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS LOUIS VASQUEZ,<br>Defendant. | CASE NO. 2:23-cr-00095-JAM-1<br><br>**FOURTH STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY REMAINING PRESENTENCE SCHEDULE**<br><br>DATE: November 17, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 17, 2026.

2. Shortly before this date, lead counsel for the government began extended leave, and another government attorney assigned to the case is dealing with an unanticipated personal matter on the date set for sentencing. The parties also need additional time to resolve issues related to safety valve applicability for this matter, which has been complicated by the unanticipated unavailability of the two government attorneys assigned to the case.

3. By this stipulation, the parties move to continue the sentencing hearing until **March 9, 2027, at 09:00 a.m.** The parties have also conferred with U.S. Probation Officer Miranda Lewis, who has no objection to this request.

4. The parties further stipulate to the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | March 09, 2027 |
| Reply, or Statement of Non-Opposition: | **March 02, 2027** |
| Formal Objections to Presentence Report: | **February 23, 2027** |

IT IS SO STIPULATED.

Dated: November 12, 2026

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: November 12, 2026

/s/ Mark Reichel
Mark Reichel
Counsel for Defendant
JESUS LOUIS VASQUEZ
(E-signature approved by phone on November 12, 2026)

**ORDER**

**IT IS SO ORDERED.**

Dated: November 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE